FILED

12/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23–0272

PLANNED PARENTHOOD OF MONTANA
and PAUL FREDERICK HENKE, M.D., on
behalf of themselves and their patients,

Plaintiffs and Appellees,

v.

STATE OF MONTANA and AUSTIN KNUDSEN,
Attorney General of the State of Montana, in his
official capacity, and his agents and successors,

Defendants and Appellants.

**ORDER**

Upon consideration of Appellants' Motion for a 30-day Extension of Time, and good cause appearing therefore, Appellants are granted an extension of time to and including January 15, 2024, within which to prepare, serve, and file its Reply Brief.

No further extensions will be granted.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
December 5 2023